**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MARTINA LEWIS,

   Plaintiff,

v.

KUEHNE + NAGEL INC.,

   Defendant.

CIVIL ACTION
FILE NO.: 1:25-CV-03741-JPB-RDC

## CONSENT MOTION TO STAY ALL DEADLINES PENDING MEDIATION

Plaintiff Martina Lewis and Defendant Kuehne + Nagel Inc. move the Court to stay all deadlines pending settlement discussions. In support of this Consent Motion, the parties represent to the Court as follows:

1. Discovery is currently set to close on February 27, 2026.

2. Earlier this month, the parties discussed possible settlement and the potential advantages of mediation in this case. The parties have exchanged various mediator options and potential mediation dates.

3. The parties believe that the most efficient use of the parties' and the Court's resources is to temporarily stay the case, including any current deadlines and discovery, until the parties determine whether settlement discussions are successful.

4. The parties agree to submit a report to the Court within 7 days of the completion of mediation as to the outcome of the mediation.

5.      If mediation is unsuccessful, the parties propose that discovery close 90 days from the date of the status report.

WHEREFORE, the parties jointly and respectfully request that the Court temporarily stay all case deadlines pending mediation and, if mediation is unsuccessful, extend discovery 90 days from the date of the status report.

Date: November 24, 2025.

| | |
|---|---|
| **JESSE KELLY PC** | **BARNES & THORNBURG LLP** |
| /s/ Jesse L. Kelly | /s/ Leslie K. Eason |
| Jesse L. Kelly | Leslie K. Eason |
| Georgia Bar No. 935869 | Georgia Bar No. 100186 |
| 3355 Lenox Road | Robert Baker |
| Suite 1000 | Georgia Bar No. 971854 |
| (678) 460-6801 | 3340 Peachtree Road, N.E., Suite 2900 |
| jesse@jkellypc.com | Atlanta, GA 30326 |
| | (404) 264-4085 |
| *Counsel for Plaintiff* | (404) 264-4033 (Facsimile) |
| *Martina Lewis* | Leslie.Eason@btlaw.com |
| | Robert.Baker@btlaw.com |
| | *Counsel for Defendant* |
| | *Kuehne + Nagel Inc.* |

2

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing **CONSENT MOTION TO EXTEND DISCOVERY** by filing the same with the CM/ECF system, which will serve a copy by electronic mail upon all counsel of record.

Dated: November 24, 2025.

*/s/ Leslie K. Eason*
Leslie K. Eason
Georgia Bar No. 100186