**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MARTINA LEWIS, <br><br> Plaintiff, <br><br> v. <br><br> KUEHNE + NAGEL INC., <br><br> Defendant. | CIVIL ACTION <br> FILE NO.: 1:25-CV-03741-JPB-RDC |

## JOINT STATUS REPORT AND MOTION TO EXTEND STAY

Pursuant to this Court's Order dated November 25, 2025 (Doc. 20), Plaintiff Martina Lewis and Defendant Kuehne + Nagel Inc. (collectively, the "Parties"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report and Motion to Extend Stay as follows:

1.     On November 25, 2025, the Court granted the Parties' Joint Motion to Stay All Proceedings while the Parties pursued private mediation.  The Court stayed all proceedings through February 27, 2026, and directed the Parties to file a joint status report on or before that date addressing the mediation outcome and the anticipated progress of this matter.

2.     The Parties have been engaged in good-faith efforts to schedule and prepare for mediation. Mediation is currently scheduled for March 24, 2026, with Steve Wolfe, Esq. at Bay Mediation.

3.    In light of the upcoming mediation, the Parties respectfully request that the Court extend the stay of all proceedings through and including April 7, 2026, to allow the Parties to complete mediation and evaluate their positions thereafter. The Parties believe that mediation presents a meaningful opportunity to resolve this matter without the need for further litigation, and an extension of the stay will promote the efficient use of the Parties' and the Court's resources.

4.    The Parties will file a joint status report no later than seven (7) days after the conclusion of mediation, advising the Court of the outcome of mediation and the anticipated progress of this matter.

WHEREFORE, the Parties respectfully request that this Court enter an Order extending the stay of all proceedings through April 7, 2026, and for such other and further relief as this Court deems just and proper.

Dated: February 27, 2026.

                Respectfully submitted,

                */s/ Jesse L. Kelly*
                Jesse Kelly
                Georgia Bar No. 935869
                JESSE KELLY PC
                3355 Lenox Road
                Suite 1000
                T: (678) 460-6801
                E: jesse@jkellypc.com

                *Counsel for Martina Lewis*

                */s/ Leslie K. Eason*
                Leslie K. Eason
                Georgia Bar No. 100186
                Robert P. Baker
                Georgia Bar No. 971854
                Barnes & Thornburg LLP
                3340 Peachtree Road, N.E., Suite 2900
                Atlanta, Georgia 30326
                T: (404) 264-4085
                F: (404) 264-4033
                Leslie.Eason@btlaw.com
                Robert.Baker@btlaw.com

                *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, sending notification of such filing to all counsel of record.

/s/ Leslie K. Eason
Leslie K. Eason
Georgia Bar No. 100186